| | |
|---|---|
| CAN CAPITAL ASSET SERVICING, INC. f/k/a NEWLOGIC BUSINESS LOANS, INC., a Massachusetts corporation, as successor in interest to WebBank,<br>      Plaintiff,<br><br>vs.<br><br>M.Y.G. HOME CARE AGENCY, INC., a Florida corporation, and MARIA CABEZA A/K/A MARIA ELENA CABEZA,<br>      Defendants,<br><br>and<br><br>BANK OF AMERICA, N.A.,<br>      Garnishee.<br>_____/ | IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA<br><br>CASE NO. 2015-023208-CA-01 |

*Handed to Counsel*
*ANDREA BORGES*

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE:

YOU ARE COMMANDED to summon the garnishee, BANK OF AMERICA, N.A., 701 Brickell Ave., Miami, Florida 33131, to serve an answer to this writ on KURT E. THALWITZER, Plaintiff's attorney, whose address is 225 East Robinson Street, Suite 600, Post Office Box 2854, Orlando, Florida 32802; kthalwitzer@mateerharbert.com and kmeder@mateerharbert.com within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this court, either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendants, M.Y.G. Home Care Agency, Inc. and/or Maria Cabeza a/k/a Maria Elena Cabeza, jointly and severally, at the time of the answer, or was indebted at the time of service of this writ, or at any time between such times, and in what sum or sums; and what tangible or intangible personal property of said Defendants the garnishee has in its possession or control at the time of the answer, or had at the time of the service of this writ, or at any time between such times; and whether the garnishee knows of any other person indebted to said Defendants, or who may have any of the property of said Defendants in its possession or control.

The amount named in Plaintiff's Motion for this writ is $$62,020.42, plus the costs of this action.

SHOULD YOU FAIL TO ANSWER THIS WRIT WITHIN THE TIME ALLOWED, A JUDGMENT MAY BE ENTERED AGAINST YOU FOR THE FULL AMOUNT NAMED IN PLAINTIFF'S MOTION FOR THIS WRIT.

DATED on _____MAR - 7 2016_____, 2016.

(COURT SEAL)

CLERK OF COURT

By: _ANDREA BORGES_____
      As Deputy Clerk

4826-9804-7278, v. 1

Exhibit "A"